8:05CV522

**A CERTIFIED TRUE COPY**

JAN - 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JAN 23 PM 3:05

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 22 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
E-...

JAN 18 2006

JAMES...
By: ...

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

***CONDITIONAL TRANSFER ORDER (CTO-59)***

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,602 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

**977**

PAGE 1 OF 2

## SCHEDULE CTO-59 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**       **CASE CAPTION**

**ALABAMA NORTHERN**
ALN 2 05-2308           Douglas J. Johns, etc. v. Wyeth Pharmaceuticals, Inc., et al.

**CALIFORNIA NORTHERN**
CAN 3 05-4317           Harold Horner, etc. v. Wyeth, et al.

**CALIFORNIA SOUTHERN**
CAS 3 05-2011           Kathleen Sutton v. Wyeth, et al.

**FLORIDA MIDDLE**
FLM 2 05-519            Joan Tremblay, et al. v. Wyeth, et al.
FLM 2 05-545            Roberta Kay Lamar v. Wyeth, et al.
FLM 6 05-1718           Helen Jean George, et al. v. Wyeth, et al.
FLM 8 05-1914           Patricia J. Green v. Wyeth, et al.

**INDIANA SOUTHERN**
INS 1 05-1662           Susan Fivecoat, et al. v. Novo Nordisk, et al.

**MAINE**
ME 2 05-194             Susan Bauer v. Wyeth, et al.

**MICHIGAN EASTERN**
MIE 2 05-72728          Christine Voss, et al. v. Wyeth, Inc., et al.

**MINNESOTA**
MN 0 05-2605            Lucille Lynn v. Wyeth, Inc., et al.
MN 0 05-2606            Sharon Guyett v. Wyeth, Inc., et al.
MN 0 05-2607            Myrtle Spivey, et al. v. Wyeth, Inc., et al.
MN 0 05-2608            Sharon Sears v. Wyeth, Inc., et al.
MN 0 05-2609            Mary Watson, et al. v. Wyeth, Inc., et al.
MN 0 05-2610            Marceline Vossler, et al. v. Wyeth, Inc., et al.
MN 0 05-2618            Helen Harper, et al. v. Wyeth, et al.
MN 0 05-2657            Margery Sochan, et al. v. Wyeth, et al.
MN 0 05-2659            Francene Minschew v. Wyeth, et al.
MN 0 05-2670            Annie Billingsley v. Wyeth, et al.
MN 0 05-2678            Margaret Powers v. Wyeth, et al.
MN 0 05-2692            Carolyn Hargrove v. Wyeth, et al.
MN 0 05-2695            Melody L. Ingle, et al. v. Wyeth, et al.
MN 0 05-2696            Wanda Dee Ehe Raya, et al. v. Wyeth, et al.
MN 0 05-2715            Marlys Johnson v. Wyeth, et al.
MN 0 05-2771            Carolyn Matthews v. Wyeth, et al.

**NEBRASKA**
NE 4 05-3292            Nancy Louise Fruchtl, et al v. Wyeth, et al.
NE 8 05-522             Janet S. Truelsen v. Wyeth, et al.

SCHEDULE CTO-59 - TAG-ALONG ACTIONS   MDL-1507   PAGE 2 OF 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

OHIO SOUTHERN
  OHS 2  05-1052              Linda Ford v. Wyeth, Inc., et al.

OKLAHOMA NORTHERN
  OKN 4  05-582               Sherri Ann Pittser v. Wyeth, et al.

PENNSYLVANIA EASTERN
  PAE 2  05-5858              Linda Tedesco, et al. v. Wyeth
  PAE 2  05-5859              Mary Foss v. Wyeth, et al.
  PAE 2  05-5860              Jean T. Austin, et al.v . Wyeth, et al.
  PAE 2  05-5861              Geraldine Turner, et al. v. Wyeth, et al.
  PAE 2  05-5863              Danita Cannizzaro, et al. v. Wyeth, et al.
  PAE 2  05-5864              Terry Beckwith Peterson, et al. v. Wyeth, et al.
  PAE 2  05-5865              Gloria Bulloch v. Wyeth, et al.

TEXAS SOUTHERN
  TXS 3  05-592               Georgia Jones v. Wyeth, et al.